NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000106
26-APR-2013
09:19 AM

NO. CAAP-12-0000106

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DANIEL S. NAKANO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-11-02743)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of Defendant-Appellant Daniel S. Nakano's timely April 18, 2013 motion for reconsideration of the April 17, 2013 summary disposition order of the court,

IT IS HEREBY ORDERED that the motion for reconsideration is granted.

IT IS FURTHER ORDERED that the April 17, 2013 summary disposition order of the court is vacated, and a new summary disposition order shall be filed.

DATED: Honolulu, Hawai'i, April 26, 2013.

On the motion:

Samuel P. King, Jr.
for Defendant-Appellant.

Presiding Judge

Associate Judge

Associate Judge